DocuSign Envelope ID: E22FE960-D0DB-4C8F-AD5B-99197B003851

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ROBERT WILKINS, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>INSOMNIA COOKIES, LLC and INSOMNIA COOKIES OPERATORS, LLC,<br><br>Defendants. | Case No. 2:22-cv-03040 (GAM)<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)** |

PLEASE TAKE NOTICE THAT, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the above-entitled action shall be and hereby is dismissed with prejudice and without costs, disbursements, or attorneys' fees.

GOLOMB SPIRT GRUNFELD P.C.

_____
Kenneth J. Grunfeld
Richard Golomb
*Attorneys for Plaintiff*
1835 Market Street, Ste. 2900
Philadelphia, PA 19103
(215) 985-9177
rgolomb@golomblegal.com
kgrunfeld@golomblegal.com

Date: 5/9/2023

DocuSign Envelope ID: E22FE960-D0DB-4C8F-AD5B-99197B003851

METHVIN, TERRELL, YANCEY, STEPHENS & MILLER, P.C.

*Courtney Gipson*

Robert G. Methvin (*to be admitted pro hac vice*)
James M. Terrell (*to be admitted pro hac vice*)
Courtney C. Gipson (*to be admitted pro hac vice*)
*Attorneys for Plaintiff*
2201 Arlington Avenue South
Birmingham, AL 35205
(205) 939-0199
rgm@mtattorneys.com
jterrell@mtattorneys.com
cgipson@mtattorneys.com

Date: 5-9-2023

IT IS SO ORDERED:

/s/ Gerald Austin McHugh
_____
Honorable Gerald A. McHugh
U.S. District Judge

Date: 6/02/23